UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROBERT J. SCHEXNAYDER, RAMONA SCHEXNAYDER** | **CIVIL ACTION NO. 09-1390** |
| **VERSUS** | **JUDGE DOHERTY** |
| **SCOTTSDALE INSURANCE COMPANY, ENGLAND, INC., DANIEL JOSE SPINA, NATIONAL CASUALTY CO., INDEPENDENT CONTRACTORS OF CR ENGLAND, INC.** | **MAGISTRATE JUDGE METHVIN** |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the pleadings. Plaintiffs allege Robert Schexnayder was rear-ended by an 18 wheeler truck, suffered an aggravation of a pre-existing cervical spine disorder, multiple rib fractures, and a head injury. Plaintiff alleges the cervical injuries will require spine reconstruction. The undersigned concludes it appears the jurisdictional amount exists.

Additionally, in accordance with the United States Supreme Court's decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct. 2611 (2005), this court may exercise supplemental jurisdiction over the derivative and related claims of Ramona Schexnayder, wife of Robert Schexnayder, under 28 U.S.C. §1367(a).

Signed November 23, 2009 at Lafayette, Louisiana.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE